IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>AARON BUCHANAN, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-80215M CW<br><br>ORDER RETURNING COMPLAINTS TO PLAINTIFF |
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>DOE, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-80220M CW |
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>SGT. PENA, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-80221M CW |
| JEROME L. GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPRESS AUTOMOBILE PAWN, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-80222M CW |

United States District Court
For the Northern District of California

| | |
|---|---|
| JEROME L. GRIMES; and LUCY MAE GRIMES, decedent, | No. C 13-80223M CW |
| Plaintiff, | |
| v. | |
| BRIAN SECEMSKY, et al., | |
| Defendants. | |
| _____/ | |
| JEROME L. GRIMES; and LUCY MAE GRIMES, decedent, | No. C 13-80224M CW |
| Plaintiff, | |
| v. | |
| GIDEON PRICE, et al., | |
| Defendants. | |
| _____/ | |
| JEROME L. GRIMES, | No. C 13-80225M CW |
| Plaintiff, | |
| v. | |
| KING'S SECURITY SERVICES, et al., | |
| Defendants. | |
| _____/ | |
| JEROME L. GRIMES, | No. C 13-80227M CW |
| Plaintiff, | |
| v. | |
| SAFEWAY GROCERY STORE, et al., | |
| Defendants. | |
| _____/ | |

**United States District Court**
For the Northern District of California

2

```
JEROME L. GRIMES,                          No. C 13-80232M CW

      Plaintiff,

   v.

ALEX LILIEN, et al.,

      Defendants.
_____/

JEROME L. GRIMES,                          No. C 13-80233M CW

      Plaintiff,

   v.

GERMAN WOODS, et al.,

      Defendants.
_____/
```

On December 9, 2005, this Court entered a pre-filing order regarding the cases filed by Plaintiff Jerome Grimes. The pre-filing order states that if Mr. Grimes files a complaint that is "related to any of the following matters:

> (1) a diversified group of individuals who commit acts of terror against Mr. Grimes, his family and other citizens;
>
> (2) an injunction against the defendants to prevent them from kidnaping, framing, falsely imprisoning or otherwise terrorizing Mr. Grimes, his family, and other citizens;
>
> (3) a court order for the defendants to be subjected to a lie detector test;
>
> (4) covert terrorism

it will not be filed unless it presents cognizable claims that are not based on merely conclusory allegations. Second, no other complaints filed by Mr. Grimes while he is not incarcerated or

3

1   detained will be filed unless they contain intelligible factual
2   allegations and claims for relief."
3       The Court has reviewed the above-captioned complaints filed
4   by Mr. Grimes and finds that they shall not be filed for the
5   reasons stated below.
6       Complaints C13-80215M and C13-80233M allege that Defendants
7   are engaged in covert terrorism and that they conspired with a
8   diverse group of others to commit acts of terror against Mr.
9   Grimes and others.  They also seek court orders for Defendants to
10  be subjected to a lie detector test.  Mr. Grimes alleges no
11  cognizable causes of action in these complaints.
12      Complaints C13-80220M, 13-80221M, 13-80225M, 13-80227M and
13  13-80232M allege that Defendants framed Mr. Grimes and falsely
14  imprisoned him.  They also seek court orders for Defendants to be
15  subjected to a lie detector test.  Mr. Grimes alleges no
16  cognizable causes of action in these complaints.
17      Complaint C13-80222M seeks a court order for Defendants to be
18  subjected to a lie detector test.  Mr. Grimes alleges no
19  cognizable cause of action in this complaint.
20      Complaints C13-80223M and 13-80224M were filed by Mr. Grimes,
21  on behalf of himself and a decedent, Lucy Mae Grimes.  The
22  complaints involve allegations of Defendants kidnaping, framing
23  and falsely imprisoning Mr. Grimes and his family.  They also seek
24  court orders for all Defendants to be subjected to a lie detector
25  test.  Mr. Grimes alleges no cognizable causes of action in these
26  complaints.  In addition, pro se litigants are not permitted to
27
28

4

represent others in federal court and thus Mr. Grimes may not bring claims on behalf of Ms. Grimes or her estate.[1]

Because the above-captioned complaints concern multiple matters mentioned in the pre-filing order and present no cognizable causes of action, the Clerk of the Court is ordered not to file them.  Instead, the complaints shall be returned to Mr. Grimes.

IT IS SO ORDERED.

Dated: 11/18/2013

CLAUDIA WILKEN
United States District Judge

---

[1] Mr. Grimes appears to be attempting to bring the claims on behalf of Ms. Grimes directly and not on behalf of her estate.  He does not allege that he is the personal representative of her estate.

5